IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADLEY LEO NELSON,

      Petitioner,

    vs.

MATTHEW CATE,

      Respondent.

_____/

1:09-cv-01945 BAK [GSA] (HC)

ORDER GRANTING MOTION
TO PROCEED IN FORMA PAUPERIS

(DOCUMENT #2)

    Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner has filed a motion to proceed in forma pauperis.  (Doc. 2).  Examination of this document reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis (Doc. 2), is GRANTED.  <u>See</u> 28 U.S.C. § 1915.

    IT IS SO ORDERED.

**Dated:   November 11, 2009**          _____**/s/ Gary S. Austin**_____
                                     UNITED STATES MAGISTRATE JUDGE